**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SANDY S. TRENT, etc., et al.,

            Plaintiffs,

v.                                         Case No. 3:06-cv-374-J-32HTS

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., etc.,

            Defendant.

_____

**ORDER**

    This case is before the Court on Plaintiffs' Motion for Leave of Court to File a Second Amended Complaint. (Doc. 39). Defendant filed a response in opposition on the ground that granting plaintiffs such leave is futile. (Doc. 41). Though the Court had the Motion to Dismiss (Doc. 14) under active consideration, after reviewing the First Amended Complaint and plaintiffs' motion for leave to amend (including the attached Second Amended Complaint), this Court understands that plaintiffs' case may now be limited by recent Florida decisions. See Mortgage Electronic Registration Systems, Inc. v. Revoredo, --- So. 2d ---, No. 3D05-2572 (3d DCA March 14, 2007); Mortgage Electronic Registration Systems, Inc. v. Azize, --- So. 2d ---, No. 2D05-4544 (2d DCA Feb. 21, 2007). While the Court has some doubt as to plaintiffs' ultimate ability to succeed in this case, the liberal standard applicable to amendments of pleadings militates toward permitting amendment in this situation. Accordingly, it is hereby **ORDERED**:

1.      Plaintiffs' Motion for Leave of Court to File a Second Amended Complaint (Doc. 39) is **GRANTED**. The Second Amended Complaint is deemed filed as of the date of this Order. Defendant's responsive pleading or motion addressing the Second Amended Complaint is due on **April 19, 2007**.

2.      Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 14) is **MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of March, 2007.

*[Signature]*
TIMOTHY J. CORRIGAN
United States District Judge

t
Copies: counsel of record